**SENTENCING**

Date: **8/14/2015**                                                                                      Judge: **Trenga**
                                                                                                        Reporter: **R. Montgomery**
                                                                                                        Start:  **10:10**
                                                                                                        End:   **10:48**

**UNITED STATES of AMERICA**                                                     Case Number: **1:14-CR-00397-006**

      V.

**ASAF AKIVA IBRAHIMIAN**

Counsel/Deft: **Nina Ginsberg**          Counsel/Govt: **Kellen Dwyer**
Interpreter:   **n/a**
Court adopts PSI ( ) without exceptions (**X**) with exceptions:  **Def. Counsel states no objections other than those in her papers.  Govt. has no objections to the PSI.  Def. argues for a sentence of probation and minor role.  The Court considers the Def. objections and overrules the objections but grants a 2 level reduction for a minor role in the offense.  A 2 level reduction reduces the total Offense Level from 19 to 17. An Offense Level of 17 with a Criminal History of I reduces the Imprisonment Range to 24 to 30 months and the Fine Range to $5,000 to $50,000. For the reasons stated in open court and the §3553 factors, the Court departs from the g/l and sentences the deft. to a term of 2 years probation w/special conditions, 250 hours of Community Service, $5,000 fine and $100 s/a.   Consent Order of Forfeiture entered in open court.**

**SENTENCING GUIDELINES** :                                        Court departs from Guidelines pursuant to:
Offense Level**:   19   - 17**
Criminal History:   **I**                                                              \_\_\_\_   USSG 5H1.4
Imprisonment Range:   **30** to **37**  months – **24 to 30 months**     **X**   USSG 5K1.1
Supervised Probation:  \_\_\_to\_\_\_Years
Supervised Release:  **1** to **3** Years                                     \_\_\_\_   USSG 5K2.12
Fine Range: $ **6,000** To $ **60,000**  - **$5,000 - $50,000**     \_\_\_\_    USSG 5C1.2
Restitution $\_\_\_\_
Special Assessment **$100**

**JUDGMENT OF THE COURT:**
BOP for **-0-**  months, w/credit for time served.
Supervised Release for \_\_\_ years, with special conditions.
Supervised Probation for   **2**   years, with special conditions.
Fine Imposed of $ **5,000**  payable immediately.
Restitution of $_____payable immediately.
Special Assessment **$100**
( ) Fine/costs of incarceration waived.

**SPECIAL CONDITIONS**:
  **X**   Deft. shall participate in SATT, as directed by the probation officer.
  **X**   Deft. shall obtain and maintain full-time, verifiable employment.
  **X**   Deft. shall provide the probation officer access to any requested financial information.
  **X**   Deft. shall participate in mental health treatment, as directed by the probation officer
  **X**   Deft. shall complete 250 of Community Service, as directed by the probation officer

**RECOMMENDATIONS to BOP**:
  \_\_\_\_   Dft. to be designated to _____
  \_\_\_\_   Dft. designated to facility to participate in ICC (Boot Camp) type program
  \_\_\_\_   Dft. to participate in the BOP 500 Hour Residential Drug Abuse Treatment Program (RDAP).
  \_\_\_\_   Other:_____

Defendant: ( ) Remanded    ( ) Cont'd on Bond    (**X**) Referred to USPO    ( ) Self-surrender